*People ex rel. Dudley v Kelly,* 128 AD2d 981.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE v STEPHAN PIERCE, Defendant.—Motion to extend time to take appeal denied with leave to renew in 30 days upon submission of specific facts required by CPL 460.30 (2) showing alleged improper conduct of counsel. Memorandum: The mimeographed form used by defendant contains only conclusory allegations. Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE v JOHN KOBERSTEIN, Defendant.—Motion to change venue from Oneida County denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Oneida County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature *(see, People v DiPiazza,* 24 NY2d 342; *People v Kroemer,* 151 AD2d 1049, and cases cited therein). Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE, Respondent, v JOSE ROQUE, Appellant.—Motion to dismiss appeal granted. Memorandum: Appellant is not presently available to obey the mandate of the court in the event of an affirmance *(see, People v Shaw,* 72 NY2d 838; *People v Ward,* 143 AD2d 538, 539). Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE, Respondent, v THOMAS TERMOTTO, Appellant.— Motion to dismiss appeals denied (two appeals). Memorandum: The motion of the District Attorney to dismiss the appeals for failure to file briefs within 60 days is denied. Briefs have been filed on behalf of appellant. Although appellant has indicated that he will retain private counsel, he has not yet done so. The appeals will be placed on the calendar for argument at the August-September Term of court on the briefs filed by assigned counsel. Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE v ELBERT BRYANT, Also Known as FILBERT BRYANT.—Motion to extend time to take appeal denied as untimely *(see,* CPL 460.30 [1]). Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ PEOPLE v NEWNON FLAX.—Motion to extend time to